# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

BRIAN BOURNE,

        Petitioner,          Case Number: 07-15247

v.          JUDGE PAUL D. BORMAN
         UNITED STATES DISTRICT COURT

CINDI CURTIN,

        Respondent.
_____ /

## OPINION AND ORDER (1) ADOPTING THE MAGISTRATE JUDGE'S MARCH 18, 2009 REPORT AND RECOMMENDATION; AND (2) DENYING PETITIONER'S HABEAS CORPUS PETITION

      Before the Court are Petitioner Brian Bourne's March 27, 2009 ("Petitioner") objections to Magistrate Judge Mona K. Majzoub's March 18, 2009, Report and Recommendation ("R&R") recommending dismissal of Petitioner's habeas petition. (Doc. No. 11).

      Pursuant to Fed. R. Civ. P. 72(b) and 28 U.S.C. § 636(b)(1), this Court reviews *de novo* portions of a magistrate judge's report and recommendation on a dispositive motion to which a party has objected.

      Having carefully considered the entire record, the Court is convinced that the Magistrate Judge is correct in her analysis of the facts and the law in this case.

      Therefore, the Court:

    (1)    **ADOPTS** the Magistrate Judge's Report and Recommendation (Doc. No. 11);

    (2)    **DENIES** Petitioner's Habeas Corpus Petition (Doc. No. 1).

SO ORDERED.

                s/Paul D. Borman
                PAUL D. BORMAN
                UNITED STATES DISTRICT JUDGE

Dated: August 6, 2009

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on August 6, 2009.

                s/Denise Goodine
                Case Manager