UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN BOURNE,

    Petitioner,                                    Civil Action No.
                                                   07-CV-15247

vs.

                                                   PAUL D. BORMAN
CINDI CURTIN,                               UNITED STATES DISTRICT JUDGE

    Respondent.
_____/

### ORDER ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION and DENYING PETITIONER'S MOTION FOR A CERTIFICATE OF APPEALABILITY

This is a habeas corpus petition. On August 6, 2009, the Court issued an order adopting the March 18, 2009, Report and Recommendation ("R&R") of Magistrate Judge Mona K. Majzoub, which recommended that Petitioner's habeas corpus petition be denied. Now before the Court are Petitioner's timely filed January 22, 2010, objections to the Magistrate Judge's January 12, 2010, R&R recommending that Petitioner's Motion for a Certificate of Appealability be denied.

Pursuant to Fed. R. Civ. P. 72(b) and 28 U.S.C. § 636(b)(1), the Court reviews *de novo* those portions of the R&R to which an objection has been made. Having done so, the Court finds that Magistrate Judge Majzoub has reached the proper conclusion for the proper reasons. Accordingly,

IT IS ORDERED that Magistrate Judge Majzoub's R&R dated January 12, 2010, is accepted and adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that Petitioner's objections are overruled.

IT IS FURTHER ORDERED that Petitioner's Motion for a Certificate of Appealability

[docket entry 16] is denied.

                          S/Paul D. Borman
                          PAUL D. BORMAN
                          UNITED STATES DISTRICT JUDGE

Dated: January 26, 2010

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 26, 2010.

                          S/Denise Goodine
                          Case Manager